UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CURTIS STOHR, as Trustee of 519 East 28th Street Trust 04112014,

        Plaintiff,

   v.

PRIME TEXAS SERVICES, LLC, KATY PHELAN, and ALBERTO ALANIZ II,

        Defendants.

Case No. C16-064RSL

ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

     This matter comes before the Court on "Plaintiff's Motion for Summary Judgment Against Defendants Alaniz and Phelan" Dkt. # 23. Defendants have not opposed the motion, and the Court considers such a failure to be "an admission that the motion has merit." Local Civil Rule 7(b)(2). The Court has also reviewed the motion on its merits and finds that summary judgment is appropriate.

     The Clerk of Court is therefore directed to enter judgment in favor of plaintiff and against defendants Alaniz and Phelan for the following: $318,000 loan principle; interest through November 14, 2015 of $18,661.41; post-default interest after November 14, 2015 through May 31, 2016 of $41,192.70; release fees of $101,760 as provided in Section 6 of the promissory note; $6,360 as provided in Section 3.2 of the extension agreement; attorney's fees of $10,800; and court costs of $816. These items add up to a total of

ORDER GRANTING PLAINTIFF'S
MOTION FOR SUMMARY JUDGEMENT - 1

1 | $497,590.11, as well as daily interest of $209.10 for each day after May 31, 2016 until the
2 | loan is paid.
3 |
4 |     Dated this 18th day of August, 2016.
5 | *Robert S. Lasnik*
  | Robert S. Lasnik
6 | United States District Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR SUMMARY JUDGEMENT - 2