UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CURTIS STOHR, as Trustee of 519 East 28th Street Trust 04112014,

          Plaintiff,

  v.

PRIME TEXAS SERVICES, LLC, KATY PHEELAN, a/k/a Kathy Rose Phelan, a/k/a Cathy Phelan, and ALBERTO SAUL ALANIZ II,

          Defendants.

Case No. C16-064RSL

AMENDED ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

    This matter comes before the Court on "Plaintiff's Motion for Summary Judgment Against Defendants Alaniz and Phelan" Dkt. # 23. Defendants have not opposed the motion, and the Court considers such a failure to be "an admission that the motion has merit." Local Civil Rule 7(b)(2). The Court has also reviewed the motion on its merits and finds that summary judgment is appropriate.

    Plaintiff is entitled to summary judgment[1] against defendants Alaniz and Phelan for the following: $318,000 loan principle; interest through November 14, 2015 of $18,661.41; post-default interest after November 14, 2015 through May 31, 2016 of

---

[1] The Court has not made the finding specified in Fed. R. Civ. P. 54(b). A unified judgment adjudicating all the claims and all the parties' rights and liabilities will be entered at the end of the action.

AMENDED ORDER GRANTING PLAINTIFF'S
MOTION FOR SUMMARY JUDGEMENT - 1

1  $41,192.70; release fees of $101,760 as provided in Section 6 of the promissory note;
2  $6,360 as provided in Section 3.2 of the extension agreement; attorney's fees of $10,800;
3  and court costs of $816. These items add up to a total of $497,590.11, as well as daily
4  interest of $209.10 for each day after May 31, 2016 until the loan is paid.

5
6            Dated this 23rd day of August, 2016.
7
                                    *signature*
8                                    Robert S. Lasnik
                                     United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

AMENDED ORDER GRANTING PLAINTIFF'S
MOTION FOR SUMMARY JUDGEMENT - 2