Honorable Robert S. Lasnik
NOTE FOR CONSIDERATION: November 18, 2016

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CURTIS STOHR, as Trustee of 519 East 28th Street Trust 04112014, a Nevada trust,<br><br>Plaintiff,<br><br>v.<br><br>PRIME TEXAS SERVICES, LLC, a Texas limited liability company, KATY PHEELAN, a/k/a Kathy Rose Phelan; a/k/a Cathy Phelan, an individual and ALBERTO ALANIZ II, an individual,<br><br>Defendants. | Case No. 2:16 cv 00064 RSL<br><br>ORDER DIRECTING ENTRY OF FINAL JUDGMENT AGAINST DEFENDANTS ALANIZ AND PHEELAN a/k/a PHELAN |

Pursuant to the Order Granting Summary Judgment against Defendants Alaniz and Phelan, lodged August 23, 2016 (Dkt # 29) and the dismissal of Defendant Prime Texas Services, LLC without prejudice, the court ORDERS as follows:

1.  The Clerk of the Court is ordered to enter Judgment against Defendant Alberto Alaniz II and Katy Pheelan, a/k/a Kathy Rose Phelan a/k/a Cathy Phelan, jointly and severally based on the Order Granting Summary Judgment entered on August 31, 2016 (Dkt # 29).

ORDER DIRECTING ENTRY OF
JUDGMENT AGAINST DEFENDANTS
ALANIZ AND PHEELAN - 1
[2:16-cv-00064 RSL]

SIMBURG, KETTER,
SHEPPARD & PURDY, LLP
999 THIRD AVENUE, SUITE 2525
SEATTLE, WASHINGTON 98104-4089
(206) 382-2600 FAX: (206) 223-3929

2.      Such judgment shall be in the amount of $497,590.11.

3.      The judgment shall bear interest at the daily rate of $209.10 until paid.

4.      The judgment shall be a final judgment for all purposes as required by Fed.R.Civ.P 54(b).

Dated this 23rd day of November, 2016.

*MrS Lasnik*
Robert S. Lasnik
United States District Judge

PRESENTED BY:

SIMBURG KETTER SHEPPARD
& PURDY, LLP

*/s/ Andrew D. Shafer*
Andrew D. Shafer, WSBA # 9405,
Attorney for Plaintiff Stohr
999 Third Avenue; Suite 2525
Seattle, WA 98104
206-382-2600
ashafer@sksp.com

ORDER DIRECTING ENTRY OF
JUDGMENT AGAINST DEFENDANTS
ALANIZ AND PHEELAN - 2
[2:16-cv-00064 RSL]

SIMBURG, KETTER,
SHEPPARD & PURDY, LLP
999 THIRD AVENUE, SUITE 2525
SEATTLE, WASHINGTON 98104-4089
(206) 382-2600 FAX: (206) 223-3929